Eastern District of Kentucky
**FILED**

AUG 28 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

CRIMINAL ACTION NO. 7:25-CR-25-DLB

UNITED STATES OF AMERICA             PLAINTIFF

V.      **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**MICHAEL WAYNE HILLIARY**             DEFENDANT

\* \* \* \* \*

The Defendant, **MICHAEL HILLIARY**, is in federal custody based on his arrest in the case of *United States v. Michael Hilliary*, 25-MJ-10-EBA. In light of the Indictment returned by the grand jury, the United States moves for an arraignment for **MICHAEL HILLIARY**.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/ Justin Blankenship
Justin Blankenship
Assistant United States Attorney
601 Meyers Baker Road Suite 200
London, KY 40741
Justin.Blankenship@usdoj.gov