Eastern District of Kentucky
FILED
AUG 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

**CRIMINAL ACTION NO.** 7:25-CR-25-DLB

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                  **ORDER SETTING ARRAIGNMENT**

**MICHAEL WAYNE HILLIARY**                                       **DEFENDANT**

\* \* \* \* \*

The Court **GRANTS** the Motion of the United States for arraignment and **SETS** an arraignment for the Defendant, **MICHAEL WAYNE HILLIARY**, in the United States District Court at ~~Lexington~~ Pikeville, on September 5, 2025, at 11:45 a.m.

On this 28th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
             United States Probation
             Justin E. Blankenship, Assistant United States Attorney
             Sebastian Joy, Attorney for Defendant